1  DOUGLAS J. CLARK, State Bar No. 171499
   dclark@wsgr.com
2  CAZ HASHEMI, State Bar No. 210239
   chashemi@wsgr.com
3  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
4  MOLLY A. ARICO, State Bar No. 260472
   marico@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8

9  Attorneys for Defendants
   ALIGN TECHNOLOGY, INC. AND
10 THOMAS M. PRESCOTT

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14 CHARLES WOZNIAK, Individually and on          )   CASE NO.:  3:09-cv-03671-MMC
   Behalf of All Other Similarly Situated,       )
15                                               )   **STIPULATION AND [PROPOSED]**
                Plaintiff,                       )   **ORDER EXTENDING TIME TO**
16                                               )   **RESPOND AND CONTINUING**
        v.                                       )   **CASE MANAGEMENT**
17                                               )   **CONFERENCE**
   ALIGN TECHNOLOGY, INC. AND THOMAS             )
18 M. PRESCOTT,                                  )
                                                 )
19              Defendants.                      )
                                                 )
20 _____   )

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                      3814805_1.DOC
EXTENDING TIME TO RESPOND AND CONTINUING
CASE MANAGEMENT CONFERENCE,
C-09-03671-MMC

1      WHEREAS, Plaintiff Charles Wozniak filed a Complaint against Defendants Align

2   Technology, Inc. and Thomas M. Prescott on August 11, 2009 (the "Action");

3      WHEREAS, two motions to appoint lead plaintiff and lead counsel were filed in this

4   Action on October 13, 2009;

5      WHEREAS, Defendants Align Technology, Inc. and Thomas M. Prescott were served on

6   October 19, 2009;

7      WHEREAS, the hearing on the two motions to appoint lead plaintiff and lead counsel is

8   currently scheduled before this Court on November 20, 2009 at 9:00 a.m.;

9      WHEREAS, the undersigned parties anticipate that, following the appointment of Lead

10  Plaintiff, an amended complaint will be filed;

11     WHEREAS, the case management conference is currently scheduled before this Court on

12  November 20, 2009 at 10:30 a.m.;

13     NOW, THEREFORE, in the interest of judicial economy and good cause showing, the

14  parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the

15  Court hereby orders, as follows:

16     1.     Defendants need not respond to the complaint filed August 11, 2009.

17     2.     After the appointment of a Lead Plaintiff and Lead Counsel, defendants and Lead

18  Plaintiff shall meet and confer to determine a schedule for the filing of an amended complaint,

19  and defendants' response thereto.  The parties will file a stipulated schedule for approval by the

20  Court.

21     2.     The case management conference currently scheduled for November 20, 2009 at

22  10:30 a.m. shall be continued until after the Court's ruling on defendants' motions to dismiss.

23     The Parties respectfully request that the Court enter an Order approving this Stipulation.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND CONTINUING
CASE MANAGEMENT CONFERENCE,
C-09-03671-MMC

-1-

3814805_1.DOC

1
2   Dated:  October 23, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

3
4
5
6
7

By: _____ /s/ Katherine L. Henderson _____
            Katherine L. Henderson

8   Attorneys for Defendants Align Technology, Inc. and
    Thomas M. Prescott

9

10  Dated:  October 23, 2009

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

11
12
13
14

By: _____ /s/ Michael M. Goldberg _____
            Michael M. Goldberg

15  Attorneys for Plaintiff Charles Wozniak
16
17
18

19                                    **ORDER**

20       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management
    Conference is hereby CONTINUED to January 15, 2010.  A Joint Case Management Statement
21  shall be filed no later than January 8, 2010.

22  Dated: _October 29, 2009_____

_____
        United States District Judge

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND CONTINUING
CASE MANAGEMENT CONFERENCE,
C-09-03671-MMC

-2-

3814805_1.DOC