DOUGLAS J. CLARK, State Bar No. 171499
dclark@wsgr.com
CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
KATHERINE L. HENDERSON, State Bar No. 242676
khenderson@wsgr.com
MOLLY A. ARICO, State Bar No. 260472
marico@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
ALIGN TECHNOLOGY, INC. AND
THOMAS M. PRESCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WOZNIAK, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC. AND THOMAS M. PRESCOTT,<br><br>Defendants. | CASE NO.: 3:09-cv-03671-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO AND CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER SETTING
TIME FOR FILING AMENDED COMPLAINT AND
DEFENDANTS' REPONSE THERETO AND
CONTINUING CASE MANAGEMENT CONFERENCE,
C-09-03671-MMC

3835758_1.DOC

1  WHEREAS, plaintiff Charles Wozniak filed a complaint against defendants Align Technology, Inc. and Thomas M. Prescott on August 11, 2009 (the "Action");

3  WHEREAS, on November 13, 2009, Plumbers and Pipefitters National Pension Fund was appointed lead plaintiff;

5  WHEREAS, on November 13, 2009, the Court directed the parties to meet and confer and submit a stipulated schedule to the Court for approval before December 4, 2009;

7  WHEREAS, the case management conference is currently scheduled before this Court on January 15, 2010 at 10:30 a.m.;

9  NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

12  1.  Lead plaintiff shall file an amended complaint on or before January 15, 2010.

13  2.  Defendants' response to the amended complaint shall be filed on or before March 12, 2010.

15  3.  If defendants' response is a motion to dismiss, lead plaintiff's opposition shall be filed on or before May 7, 2010, and defendants' reply thereto shall be filed on or before June 7, 2010.

18  4.  The case management conference currently scheduled for January 15, 2010 at 10:30 a.m. shall be continued until September 10, 2010 at 10:30 a.m. or a date that is convenient for the Court.

22  The Parties respectfully request that the Court enter an order approving this stipulation.

23  / / /
24  / / // / /
25  / / /

STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR FILING AMENDED COMPLAINT AND DEFENDANTS' REPONSE THERETO AND CONTINUING CASE MANAGEMENT CONFERENCE, C-09-03671-MMC

-1-

3835758_1.DOC

Respectfully submitted,

Dated: November 24, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By: _____/s/ Katherine L. Henderson_____
　　　　　　Katherine L. Henderson

Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott


Dated: November 24, 2009

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine St, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534


By: _____/s/ Willow E. Radcliffe_____
　　　　　　Willow E. Radcliffe

Attorneys for Lead Plaintiff


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to September 10, 2010, and the parties shall file a Joint Case Management Statement no later than September 3, 2010.

Dated: December 2, 2009

_____
The Honorable Maxine M. Chesney

STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR FILING AMENDED COMPLAINT AND DEFENDANTS' REPONSE THERETO AND CONTINUING CASE MANAGEMENT CONFERENCE, C-09-03671-MMC

-2-

3835758_1.DOC