1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLOW E. RADCLIFFE (200087)
   SARAH R. HOLLOWAY (254134)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  willowr@csgrr.com
   sholloway@csgrr.com
6
   Lead Counsel for Plaintiff
7
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WOZNIAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGN TECHNOLOGY INC., et al.,<br><br>Defendants. | No. 3:09-cv-03671-MMC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS |

WHEREAS, on November 24, 2009, the parties filed a stipulation (Docket No. 20) setting forth proposed dates for the filing of lead plaintiff's amended complaint and the briefing schedule on motion to dismiss, as follows:

1. Lead plaintiff shall file an amended complaint no later than January 15, 2010;

2. Defendants shall file their response to the amended complaint or motion to dismiss no later than March 12, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than May 7, 2010;

4. Defendants shall file their reply in support of the motion to dismiss no later than June 7, 2010; and

5. The case management conference shall be continued until September 10, 2010.

WHEREAS, on December 2, 2009, this Court issued an order approving the above briefing schedule and continuing the case management conference to September 10, 2010 (Docket No. 21).

WHEREAS, due to a scheduling conflict, lead plaintiff has requested and defendants have agreed, subject to the approval of the Court, to extend the time for lead plaintiff to file its amended complaint and adjust the briefing schedule on the motion to dismiss by two weeks, as follows:

1. Lead plaintiff shall file an amended complaint no later than January 29, 2010;

2. Defendants shall file their motion to dismiss no later than March 26, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than May 21, 2010; and

4. Defendants shall file their reply in support of the motion to dismiss no later than June 21, 2010.

WHEREAS, the proposed schedule will not cause undue delay and will not change the September 10, 2010 case management conference date already established by the Court.

NOW THEREFORE, it is stipulated and agreed:

1. Lead plaintiff shall file an amended complaint no later than January 29, 2010;

2. Defendants shall file their motion to dismiss no later than March 26, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than May 21, 2010; and

4. Defendants shall file their reply in support of the motion to dismiss no later than June 21, 2010.

DATED: January 07, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE
SARAH R. HOLLOWAY

       /s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiff

DATED: January 07, 2010

WILSON SONSINI GOODRICH
  & ROSATI, P.C.
DOUGLAS J. CLARK
CAZ HASHEMI
KATHERINE L. HENDERSON
MOLLY A. ARICO

       /s/ Katherine L. Henderson
KATHERINE L. HENDERSON

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/565-5100 (fax)

Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE- 3:09-cv-03671-MMC - 2 -

1      I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time For Filing Lead Plaintiff's Amended Complaint and Briefing Schedule on Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 8, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Align Technology\secy\S_O00063972 extend time.doc

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S
AMENDED COMPLAINT AND BRIEFING SCHEDULE- 3:09-cv-03671-MMC      - 3 -