COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE (200087)
SARAH R. HOLLOWAY (254134)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@csgrr.com
sholloway@csgrr.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WOZNIAK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ALIGN TECHNOLOGY INC., et al.,<br><br>                    Defendants. | No. 3:09-cv-03671-MMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS |

1   WHEREAS, on November 24, 2009, the parties filed a stipulation (Docket No. 20) setting
2   forth proposed dates for the filing of lead plaintiff's amended complaint and the briefing schedule on
3   motion to dismiss, as follows:
4       1.   Lead plaintiff shall file an amended complaint no later than January 15, 2010;
5       2.   Defendants shall file their response to the amended complaint or motion to dismiss no
6   later than March 12, 2010;
7       3.   Lead plaintiff shall file its opposition to the motion to dismiss no later than May 7,
8   2010;
9       4.   Defendants shall file their reply in support of the motion to dismiss no later than June
10  7, 2010; and
11      5.   The case management conference shall be continued until September 10, 2010.
12  WHEREAS, on December 2, 2009, this Court issued an order approving the above briefing
13  schedule and continuing the case management conference to September 10, 2010 (Docket No. 21).
14  WHEREAS, due to a scheduling conflict, lead plaintiff has requested and defendants have
15  agreed, subject to the approval of the Court, to extend the time for lead plaintiff to file its amended
16  complaint and adjust the briefing schedule on the motion to dismiss by two weeks, as follows:
17      1.   Lead plaintiff shall file an amended complaint no later than January 29, 2010;
18      2.   Defendants shall file their motion to dismiss no later than March 26, 2010;
19      3.   Lead plaintiff shall file its opposition to the motion to dismiss no later than May 21,
20  2010; and
21      4.   Defendants shall file their reply in support of the motion to dismiss no later than June
22  21, 2010.
23  WHEREAS, the proposed schedule will not cause undue delay and will not change the
24  September 10, 2010 case management conference date already established by the Court.
25  NOW THEREFORE, it is stipulated and agreed:
26      1.   Lead plaintiff shall file an amended complaint no later than January 29, 2010;
27      2.   Defendants shall file their motion to dismiss no later than March 26, 2010;
28

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S
AMENDED COMPLAINT AND BRIEFING SCHEDULE- 3:09-cv-03671-MMC       - 1 -

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than May 21, 2010; and

4. Defendants shall file their reply in support of the motion to dismiss no later than June 21, 2010.

DATED: January 07, 2010              COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     WILLOW E. RADCLIFFE
                                     SARAH R. HOLLOWAY


                                           /s/ Willow E. Radcliffe
                                         WILLOW E. RADCLIFFE

                                     100 Pine Street, Suite 2600
                                     San Francisco, CA  94111
                                     Telephone:  415/288-4545
                                     415/288-4534 (fax)

                                     Lead Counsel for Plaintiff

                                     O'DONOGHUE & O'DONOGHUE LLP
                                     LOUIS P. MALONE
                                     4748 Wisconsin Avenue, N.W.
                                     Washington, DC  20016
                                     Telephone:  202/362-0041
                                     202/362-2640 (fax)

                                     Additional Counsel for Plaintiff

DATED: January 07, 2010              WILSON SONSINI GOODRICH
                                       & ROSATI, P.C.
                                     DOUGLAS J. CLARK
                                     CAZ HASHEMI
                                     KATHERINE L. HENDERSON
                                     MOLLY A. ARICO


                                           /s/ Katherine L. Henderson
                                         KATHERINE L. HENDERSON

                                     650 Page Mill Road
                                     Palo Alto, CA 94304-1050
                                     Telephone:  650/493-9300
                                     650/565-5100 (fax)

                                     Attorneys for Defendants Align Technology, Inc.
                                     and Thomas M. Prescott

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S
AMENDED COMPLAINT AND BRIEFING SCHEDULE- 3:09-cv-03671-MMC                - 2 -

1     I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time For Filing Lead Plaintiff's Amended Complaint and Briefing Schedule on Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 8, 2010

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Align Technology\secy\S_O00063972 extend time.doc

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING LEAD PLAINTIFF'S
AMENDED COMPLAINT AND BRIEFING SCHEDULE- 3:09-cv-03671-MMC      - 3 -