# EXHIBIT A

**Order and Aligner Shipment Report for Patients First**

Begin Date Range: 10/28/2006
End Date Range:   7/13/2007

| Year | Month of Year | Patients First Orders | Patients First Aligners |
|---|---|---|---|
| 2006 | 10 | 3 | 140 |
|  | 11 | 843 | 20,274 |
|  | 12 | 2,741 | 68,848 |
| 2007 | 1 | 5,025 | 120,238 |
|  | 2 | 3,539 | 84,953 |
|  | 3 | 4,151 | 97,140 |
|  | 4 | 5,514 | 130,087 |
|  | 5 | 1,861 | 48,518 |
|  | 6 | 301 | 8,024 |
|  | 7 | 68 | 1,877 |
|  |  | 24,046 | 580,099 |