1  DOUGLAS J. CLARK, State Bar No. 171499
   dclark@wsgr.com
2  CAZ HASHEMI, State Bar No. 210239
   chashemi@wsgr.com
3  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
4  MOLLY A. ARICO, State Bar No. 260472
   marico@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8

9  Attorneys for Defendants
   ALIGN TECHNOLOGY, INC. AND
10 THOMAS M. PRESCOTT

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14 CHARLES WOZNIAK, Individually and on       )   CASE NO.: 3:09-cv-03671-MMC
   Behalf of All Other Similarly Situated,    )
15                                            )   **STIPULATION AND [PROPOSED]**
              Plaintiff,                      )   **ORDER CONTINUING CASE**
16                                            )   **MANAGEMENT CONFERENCE**
       v.                                     )
17                                            )
   ALIGN TECHNOLOGY, INC. AND THOMAS          )
18 M. PRESCOTT,                               )
                                              )
19            Defendants.                     )
                                              )
20 _____  )

21

22

23

24

25

26

27

28

1 WHEREAS, plaintiff Charles Wozniak filed a complaint against defendants Align Technology, Inc. and Thomas M. Prescott on August 11, 2009;

WHEREAS, on November 13, 2009, Plumbers and Pipefitters National Pension Fund was appointed Lead Plaintiff;

WHEREAS, Lead Plaintiff filed the Amended Complaint For Violations of Federal Securities Laws ("Amended Complaint") against Defendants Align Technology, Inc. and Thomas M. Prescott on January 29, 2010;

WHEREAS, Defendants moved to dismiss the Amended Complaint on March 26, 2010;

WHEREAS, on May 21, 2010, Lead Plaintiff opposed Defendants' motion to dismiss;

WHEREAS, the Court took Defendants' motion under submission on July 7, 2010;

WHEREAS, the case management conference is currently scheduled before this Court on September 10, 2010 at 10:30 a.m.;

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. The case management conference currently scheduled for September 10, 2010 at 10:30 a.m. shall be continued to December 10, 2010 at 10:30 a.m. or a date that is convenient for the Court.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

Respectfully submitted,

Dated:  August 20, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By: _____/s/ Katherine L. Henderson_____
                    Katherine L. Henderson

Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 20, 2010 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | 100 Pine St, Suite 2600<br>San Francisco, CA 94111 |
| 4 | | Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534 |

By: _____/s/ Willow E. Radcliffe_____
         Willow E. Radcliffe

Attorneys for Lead Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 24, 2010__          _____
                                                                  United States District Judge