1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  WILLOW E. RADCLIFFE (200087)
   SARAH R. HOLLOWAY (254134)
3  Post Montgomery Center
   One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   willowr@rgrdlaw.com
6  sholloway@rgrdlaw.com

7  Lead Counsel for Plaintiff

8  [Additional counsel appear on signature page.]

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | CHARLES WOZNIAK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:09-cv-03671-MMC |
|---|---|---|
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALIGN TECHNOLOGY, INC., et al., | ) ) | |
| Defendants. | ) ) | |

587282_1

1   WHEREAS, plaintiff Charles Wozniak filed a complaint against Defendants Align
2 Technology, Inc. and Thomas M. Prescott on August 11, 2009;
3   WHEREAS, on November 13, 2009, Plumbers and Pipefitters National Pension Fund was
4 appointed as Lead Plaintiff;
5   WHEREAS, on December 2, 2009, the Court entered an Order setting a case management
6 conference for September 10, 2010, and on January 8, 2010, the Court entered an Order setting a
7 briefing schedule for Defendants' motion to dismiss;
8   WHEREAS, Lead Plaintiff filed the Amended Complaint for Violations of Federal Securities
9 Laws ("Amended Complaint") against Defendants Align Technology, Inc. and Thomas M. Prescott
10 on January 29, 2010;
11   WHEREAS, Defendants moved to dismiss the Amended Complaint on March 26, 2010;
12   WHEREAS, on May 21, 2010, Lead Plaintiff opposed Defendants' motion to dismiss;
13   WHEREAS, the Court took Defendants' motion under submission on July 7, 2010; and
14   WHEREAS, on August 24, 2010, the Court entered an Order continuing the September 10,
15 2010 case management conference to December 10, 2010 at 10:30 a.m.;
16   NOW, THEREFORE, in the interest of judicial economy and good cause showing, the
17 Parties, by and through their undersigned counsel of record, hereby agree and stipulate that the case
18 management conference currently scheduled for December 10, 2010 at 10:30 a.m. be continued to
19 April 15, 2011 at 10:30 a.m. or a date thereafter that is convenient for the Court:
20   The Parties respectfully request that the Court enter an Order approving this Stipulation.
21   IT IS SO STIPULATED.

22 DATED: November 18, 2010           ROBBINS GELLER RUDMAN
                                        & DOWD LLP
23                                    WILLOW E. RADCLIFFE
                                      SARAH R. HOLLOWAY
24

25
                                           /s/ Willow E. Radcliffe
26                                        WILLOW E. RADCLIFFE

27

28

|   |   |
|---|---|
|   | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax) |
|   | Lead Counsel for Plaintiff |
|   | O'DONOGHUE & O'DONOGHUE LLP<br>LOUIS P. MALONE<br>4748 Wisconsin Avenue, N.W.<br>Washington, DC  20016<br>Telephone:  202/362-0041<br>202/362-2640 (fax) |
|   | Additional Counsel for Plaintiff |
| DATED:  November 18, 2010 | WILSON SONSINI GOODRICH & ROSATI<br>KATHERINE L. HENDERSON |
|   | _____/s/ Katherine L. Henderson_____<br>KATHERINE L. HENDERSON |
|   | 650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  650/493-9300<br>650/493-6811 (fax) |
|   | Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott |

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

_____/s/ Willow E. Radcliffe_____
WILLOW E. RADCLIFFE

\*       \*       \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 19, 2010                 _____(signature)_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE