# EXHIBIT B

**Align Insider Sales During the Class Period:**

| Insider | Date | Shares | Price | Proceeds | % of Holdings Sold | % of Holdings Sold incl. options |
|---|---|---|---|---|---|---|
| **HOSSEIN ARJOMAND** VP, Research and Development | 4/3/2007 | 42 | $16.57 | $696 | | |
| | 4/30/2007 | 2,778 | $23.00 | $63,894 | | |
| | 4/30/2007 | 1,356 | $23.28 | $31,568 | | |
| | 4/30/2007 | 867 | $23.29 | $20,192 | | |
| | 4/30/2007 | 680 | $23.25 | $15,810 | | |
| | 4/30/2007 | 476 | $23.27 | $11,077 | | |
| | 4/30/2007 | 433 | $23.26 | $10,072 | | |
| | 4/30/2007 | 365 | $23.22 | $8,475 | | |
| | 4/30/2007 | 348 | $23.23 | $8,084 | | |
| | 4/30/2007 | 289 | $23.20 | $6,705 | | |
| | 4/30/2007 | 229 | $23.13 | $5,297 | | |
| | 4/30/2007 | 178 | $23.19 | $4,128 | | |
| | 4/30/2007 | 170 | $23.32 | $3,964 | | |
| | 4/30/2007 | 170 | $23.31 | $3,963 | | |
| | 4/30/2007 | 168 | $23.14 | $3,888 | | |
| | 4/30/2007 | 153 | $23.34 | $3,571 | | |
| | 4/30/2007 | 144 | $23.10 | $3,326 | | |
| | 4/30/2007 | 136 | $23.30 | $3,169 | | |
| | 4/30/2007 | 127 | $23.15 | $2,940 | | |
| | 4/30/2007 | 127 | $23.11 | $2,935 | | |
| | 4/30/2007 | 119 | $23.21 | $2,762 | | |
| | 4/30/2007 | 119 | $23.18 | $2,758 | | |
| | 4/30/2007 | 119 | $23.05 | $2,743 | | |
| | 4/30/2007 | 119 | $23.01 | $2,738 | | |
| | 4/30/2007 | 102 | $23.24 | $2,370 | | |
| | 4/30/2007 | 102 | $23.08 | $2,354 | | |
| | 4/30/2007 | 93 | $23.03 | $2,142 | | |
| | 4/30/2007 | 85 | $23.33 | $1,983 | | |
| | 4/30/2007 | 85 | $23.06 | $1,960 | | |
| | 4/30/2007 | 78 | $23.12 | $1,803 | | |
| | 4/30/2007 | 76 | $23.16 | $1,760 | | |
| | 4/30/2007 | 76 | $23.02 | $1,750 | | |
| | 4/30/2007 | 51 | $23.07 | $1,177 | | |
| | 4/30/2007 | 25 | $23.17 | $579 | | |
| | 4/30/2007 | 8 | $23.04 | $184 | | |
| | 5/1/2007 | 1,327 | $23.00 | $30,521 | | |
| | 5/1/2007 | 788 | $23.04 | $18,156 | | |
| | 5/1/2007 | 577 | $23.50 | $13,560 | | |
| | 5/1/2007 | 423 | $23.46 | $9,924 | | |
| | 5/1/2007 | 411 | $23.77 | $9,769 | | |
| | 5/1/2007 | 335 | $23.45 | $7,856 | | |
| | 5/1/2007 | 248 | $23.76 | $5,892 | | |
| | 5/1/2007 | 219 | $23.35 | $5,114 | | |
| | 5/1/2007 | 204 | $23.38 | $4,770 | | |
| | 5/1/2007 | 196 | $23.51 | $4,608 | | |
| | 5/1/2007 | 190 | $23.70 | $4,503 | | |
| | 5/1/2007 | 184 | $23.55 | $4,333 | | |
| | 5/1/2007 | 175 | $23.75 | $4,156 | | |
| | 5/1/2007 | 160 | $23.58 | $3,773 | | |
| | 5/1/2007 | 146 | $23.43 | $3,421 | | |
| | 5/1/2007 | 131 | $23.52 | $3,081 | | |
| | 5/1/2007 | 131 | $23.05 | $3,020 | | |
| | 5/1/2007 | 117 | $23.68 | $2,771 | | |
| | 5/1/2007 | 117 | $23.49 | $2,748 | | |

|  | Date | Shares | Price | Value | | |
|---|---|---:|---:|---:|---:|---:|
|  | 5/1/2007 | 117 | $23.44 | $2,742 | | |
|  | 5/1/2007 | 111 | $23.54 | $2,613 | | |
|  | 5/1/2007 | 102 | $23.03 | $2,349 | | |
|  | 5/1/2007 | 88 | $23.69 | $2,085 | | |
|  | 5/1/2007 | 88 | $23.42 | $2,061 | | |
|  | 5/1/2007 | 73 | $23.74 | $1,733 | | |
|  | 5/1/2007 | 73 | $23.48 | $1,714 | | |
|  | 5/1/2007 | 73 | $23.37 | $1,706 | | |
|  | 5/1/2007 | 73 | $23.27 | $1,699 | | |
|  | 5/1/2007 | 73 | $23.02 | $1,680 | | |
|  | 5/1/2007 | 58 | $23.63 | $1,371 | | |
|  | 5/1/2007 | 58 | $23.39 | $1,357 | | |
|  | 5/1/2007 | 58 | $23.41 | $1,358 | | |
|  | 5/1/2007 | 58 | $23.28 | $1,350 | | |
|  | 5/1/2007 | 44 | $23.40 | $1,030 | | |
|  | 5/1/2007 | 44 | $23.36 | $1,028 | | |
|  | 5/1/2007 | 44 | $23.34 | $1,027 | | |
|  | 5/1/2007 | 44 | $23.10 | $1,016 | | |
|  | 5/1/2007 | 29 | $23.31 | $676 | | |
|  | 5/1/2007 | 26 | $23.53 | $612 | | |
|  | 5/1/2007 | 15 | $23.71 | $356 | | |
|  | 5/1/2007 | 15 | $23.62 | $354 | | |
|  | 5/1/2007 | 15 | $23.56 | $353 | | |
|  | 5/1/2007 | 15 | $23.47 | $352 | | |
|  | 5/1/2007 | 15 | $23.29 | $349 | | |
|  | 5/1/2007 | 15 | $23.01 | $345 | | |
|  | 5/23/2007 | 2,000 | $23.02 | $46,040 | | |
|  | 5/23/2007 | 600 | $23.00 | $13,800 | | |
|  | 5/30/2007 | 16,393 | $23.00 | $377,039 | | |
|  | 5/30/2007 | 1,007 | $22.90 | $23,060 | | |
|  |  | **37,996** |  | **$878,046** | 98.63% | 35.79% |
| **ELDON BULLINGTON** | 5/4/2007 | 37,610 | $23.26 | $874,809 | | |
| CFO | 5/4/2007 | 3,200 | $23.31 | $74,592 | | |
|  | 5/4/2007 | 1,900 | $23.42 | $44,498 | | |
|  | 5/4/2007 | 1,290 | $23.55 | $30,380 | | |
|  | 5/4/2007 | 1,100 | $23.36 | $25,696 | | |
|  | 5/4/2007 | 1,000 | $23.40 | $23,400 | | |
|  | 5/4/2007 | 1,000 | $23.41 | $23,410 | | |
|  | 5/4/2007 | 1,000 | $23.27 | $23,270 | | |
|  | 5/4/2007 | 700 | $23.37 | $16,359 | | |
|  | 5/4/2007 | 500 | $23.39 | $11,695 | | |
|  | 5/4/2007 | 300 | $23.30 | $6,990 | | |
|  | 5/4/2007 | 200 | $23.43 | $4,686 | | |
|  | 5/4/2007 | 100 | $23.38 | $2,338 | | |
|  | 5/4/2007 | 100 | $23.28 | $2,328 | | |
|  | 7/30/2007 | 4,400 | $27.05 | $119,020 | | |
|  | 7/30/2007 | 3,493 | $27.00 | $94,311 | | |
|  | 7/30/2007 | 3,100 | $26.88 | $83,328 | | |
|  | 7/30/2007 | 2,900 | $26.94 | $78,126 | | |
|  | 7/30/2007 | 2,500 | $26.89 | $67,225 | | |
|  | 7/30/2007 | 1,947 | $27.02 | $52,608 | | |
|  | 7/30/2007 | 1,915 | $26.90 | $51,514 | | |
|  | 7/30/2007 | 1,800 | $26.96 | $48,528 | | |
|  | 7/30/2007 | 1,685 | $26.91 | $45,343 | | |
|  | 7/30/2007 | 1,574 | $27.01 | $42,514 | | |
|  | 7/30/2007 | 1,500 | $26.85 | $40,275 | | |
|  | 7/30/2007 | 1,500 | $26.83 | $40,245 | | |
|  | 7/30/2007 | 1,441 | $27.15 | $39,123 | | |
|  | 7/30/2007 | 1,400 | $26.95 | $37,730 | | |

| Date | Shares | Price | Total |
|---|---|---|---|
| 7/30/2007 | 1,400 | $26.80 | $37,520 |
| 7/30/2007 | 1,300 | $26.97 | $35,061 |
| 7/30/2007 | 1,200 | $27.17 | $32,604 |
| 7/30/2007 | 1,200 | $27.06 | $32,472 |
| 7/30/2007 | 1,200 | $27.04 | $32,448 |
| 7/30/2007 | 1,100 | $26.98 | $29,678 |
| 7/30/2007 | 900 | $27.07 | $24,363 |
| 7/30/2007 | 900 | $26.87 | $24,183 |
| 7/30/2007 | 900 | $26.86 | $24,174 |
| 7/30/2007 | 898 | $27.14 | $24,372 |
| 7/30/2007 | 700 | $27.10 | $18,970 |
| 7/30/2007 | 700 | $26.92 | $18,844 |
| 7/30/2007 | 602 | $27.13 | $16,332 |
| 7/30/2007 | 600 | $27.09 | $16,254 |
| 7/30/2007 | 600 | $26.84 | $16,104 |
| 7/30/2007 | 559 | $27.16 | $15,182 |
| 7/30/2007 | 558 | $27.11 | $15,127 |
| 7/30/2007 | 500 | $27.22 | $13,610 |
| 7/30/2007 | 500 | $26.79 | $13,395 |
| 7/30/2007 | 438 | $27.03 | $11,839 |
| 7/30/2007 | 400 | $27.23 | $10,892 |
| 7/30/2007 | 400 | $27.19 | $10,876 |
| 7/30/2007 | 300 | $27.24 | $8,172 |
| 7/30/2007 | 300 | $26.93 | $8,079 |
| 7/30/2007 | 300 | $26.81 | $8,043 |
| 7/30/2007 | 242 | $27.08 | $6,553 |
| 7/30/2007 | 200 | $27.32 | $5,464 |
| 7/30/2007 | 200 | $27.36 | $5,472 |
| 7/30/2007 | 200 | $27.31 | $5,462 |
| 7/30/2007 | 200 | $27.20 | $5,440 |
| 7/30/2007 | 200 | $27.18 | $5,436 |
| 7/30/2007 | 200 | $26.82 | $5,364 |
| 7/30/2007 | 100 | $27.29 | $2,729 |
| 7/30/2007 | 100 | $27.28 | $2,728 |
| 7/30/2007 | 100 | $27.25 | $2,725 |
| 7/30/2007 | 100 | $27.21 | $2,721 |
| 7/30/2007 | 100 | $27.12 | $2,712 |
| 7/30/2007 | 100 | $26.99 | $2,699 |
| 7/30/2007 | 100 | $26.77 | $2,677 |
| 7/30/2007 | 100 | $26.73 | $2,673 |
| 7/30/2007 | 100 | $26.76 | $2,676 |
| 7/31/2007 | 5,160 | $26.87 | $138,649 |
| 7/31/2007 | 2,886 | $26.88 | $77,576 |
| 7/31/2007 | 1,644 | $26.89 | $44,207 |
| 7/31/2007 | 1,400 | $26.94 | $37,716 |
| 7/31/2007 | 1,300 | $26.90 | $34,970 |
| 7/31/2007 | 1,300 | $26.92 | $34,996 |
| 7/31/2007 | 1,292 | $26.85 | $34,690 |
| 7/31/2007 | 1,069 | $26.86 | $28,713 |
| 7/31/2007 | 959 | $26.84 | $25,740 |
| 7/31/2007 | 824 | $26.54 | $21,869 |
| 7/31/2007 | 731 | $26.83 | $19,613 |
| 7/31/2007 | 648 | $26.55 | $17,204 |
| 7/31/2007 | 500 | $26.91 | $13,455 |
| 7/31/2007 | 400 | $26.95 | $10,780 |
| 7/31/2007 | 400 | $26.80 | $10,720 |
| 7/31/2007 | 300 | $26.78 | $8,034 |
| 7/31/2007 | 290 | $26.82 | $7,778 |
| 7/31/2007 | 276 | $26.53 | $7,322 |
| 7/31/2007 | 200 | $27.11 | $5,422 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 7/31/2007 | 200 | $27.06 | $5,412 |  |  |
|  | 7/31/2007 | 200 | $26.79 | $5,358 |  |  |
|  | 7/31/2007 | 100 | $27.08 | $2,708 |  |  |
|  | 7/31/2007 | 100 | $27.10 | $2,710 |  |  |
|  | 7/31/2007 | 100 | $26.96 | $2,696 |  |  |
|  | 7/31/2007 | 100 | $27.00 | $2,700 |  |  |
|  | 7/31/2007 | 100 | $26.93 | $2,693 |  |  |
|  | 7/31/2007 | 100 | $26.75 | $2,675 |  |  |
|  | 7/31/2007 | 100 | $26.52 | $2,652 |  |  |
|  | 7/31/2007 | 80 | $26.77 | $2,142 |  |  |
|  | 7/31/2007 | 69 | $26.81 | $1,850 |  |  |
|  | 7/31/2007 | 20 | $26.76 | $535 |  |  |
|  |  | **124,800** |  | **$3,180,051** | **96.64%** | **96.64%** |
| **DAVID COLLINS** | 5/1/2007 | 2,230 | $23.74 | $52,940 |  |  |
| Director | 5/1/2007 | 1,200 | $23.72 | $28,464 |  |  |
|  | 5/1/2007 | 800 | $23.71 | $18,968 |  |  |
|  | 5/1/2007 | 570 | $23.70 | $13,509 |  |  |
|  | 5/1/2007 | 200 | $23.73 | $4,746 |  |  |
|  | 5/2/2007 | 2,400 | $23.39 | $56,136 |  |  |
|  | 5/2/2007 | 1,655 | $23.37 | $38,677 |  |  |
|  | 5/2/2007 | 1,400 | $23.43 | $32,802 |  |  |
|  | 5/2/2007 | 1,195 | $23.38 | $27,939 |  |  |
|  | 5/2/2007 | 550 | $23.36 | $12,848 |  |  |
|  | 5/2/2007 | 500 | $23.42 | $11,710 |  |  |
|  | 5/2/2007 | 200 | $23.41 | $4,682 |  |  |
|  | 5/2/2007 | 100 | $23.40 | $2,340 |  |  |
|  | 7/27/2007 | 20,508 | $27.10 | $555,767 |  |  |
|  | 7/27/2007 | 8,792 | $27.15 | $238,703 |  |  |
|  | 7/27/2007 | 3,100 | $27.11 | $84,041 |  |  |
|  | 7/27/2007 | 500 | $27.40 | $13,700 |  |  |
|  | 7/27/2007 | 100 | $27.12 | $2,712 |  |  |
|  |  | **46,000** |  | **$1,200,684** | **71.88%** | **36.22%** |
| **DAN ELLIS** | 7/27/2007 | 6,000 | $27.11 | $162,660 |  |  |
| VP, North America | 7/27/2007 | 4,500 | $27.02 | $121,590 |  |  |
| Sales | 7/27/2007 | 4,300 | $27.04 | $116,272 |  |  |
|  | 7/27/2007 | 4,200 | $27.00 | $113,400 |  |  |
|  | 7/27/2007 | 3,800 | $27.01 | $102,638 |  |  |
|  | 7/27/2007 | 3,400 | $27.09 | $92,106 |  |  |
|  | 7/27/2007 | 3,100 | $27.14 | $84,134 |  |  |
|  | 7/27/2007 | 2,800 | $27.12 | $75,936 |  |  |
|  | 7/27/2007 | 2,800 | $27.05 | $75,740 |  |  |
|  | 7/27/2007 | 2,700 | $27.07 | $73,089 |  |  |
|  | 7/27/2007 | 2,200 | $27.08 | $59,576 |  |  |
|  | 7/27/2007 | 2,100 | $27.03 | $56,763 |  |  |
|  | 7/27/2007 | 1,900 | $27.13 | $51,547 |  |  |
|  | 7/27/2007 | 1,900 | $27.10 | $51,490 |  |  |
|  | 7/27/2007 | 1,600 | $27.15 | $43,440 |  |  |
|  | 7/27/2007 | 1,600 | $27.06 | $43,296 |  |  |
|  | 7/27/2007 | 400 | $27.20 | $10,880 |  |  |
|  | 7/27/2007 | 300 | $27.19 | $8,157 |  |  |
|  | 7/27/2007 | 200 | $27.16 | $5,432 |  |  |
|  | 7/27/2007 | 200 | $27.17 | $5,434 |  |  |
|  |  | **50,000** |  | **$1,353,580** | **93.01%** | **21.00%** |
| **ROGER GEORGE** | 2/1/2007 | 4,000 | $16.23 | $64,920 |  |  |
| General Counsel and | 2/1/2007 | 1,700 | $16.03 | $27,251 |  |  |
| VP, Legal and | 2/1/2007 | 1,100 | $16.12 | $17,732 |  |  |
| Corporate Affairs | 2/1/2007 | 1,068 | $16.25 | $17,355 |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2/1/2007 | 961 | $16.11 | $15,482 | | |
| | 2/1/2007 | 600 | $16.02 | $9,612 | | |
| | 2/1/2007 | 539 | $16.10 | $8,678 | | |
| | 2/1/2007 | 400 | $16.01 | $6,404 | | |
| | 2/1/2007 | 400 | $16.07 | $6,428 | | |
| | 2/1/2007 | 400 | $16.14 | $6,456 | | |
| | 2/1/2007 | 100 | $16.00 | $1,600 | | |
| | 2/1/2007 | 100 | $16.24 | $1,624 | | |
| | 2/26/2007 | 11,008 | $17.00 | $187,136 | | |
| | 2/26/2007 | 3,886 | $17.05 | $66,256 | | |
| | 2/26/2007 | 600 | $17.02 | $10,212 | | |
| | 2/26/2007 | 250 | $17.06 | $4,265 | | |
| | 2/26/2007 | 100 | $17.01 | $1,701 | | |
| | 2/26/2007 | 50 | $17.03 | $852 | | |
| | 7/31/2007 | 3,090 | $26.50 | $81,885 | | |
| | 7/31/2007 | 1,682 | $26.65 | $44,825 | | |
| | 7/31/2007 | 1,000 | $26.61 | $26,610 | | |
| | 7/31/2007 | 900 | $26.51 | $23,859 | | |
| | 7/31/2007 | 800 | $26.82 | $21,456 | | |
| | 7/31/2007 | 800 | $26.58 | $21,264 | | |
| | 7/31/2007 | 743 | $26.56 | $19,734 | | |
| | 7/31/2007 | 700 | $26.54 | $18,578 | | |
| | 7/31/2007 | 618 | $26.62 | $16,451 | | |
| | 7/31/2007 | 600 | $26.83 | $16,098 | | |
| | 7/31/2007 | 600 | $26.75 | $16,050 | | |
| | 7/31/2007 | 600 | $26.52 | $15,912 | | |
| | 7/31/2007 | 567 | $26.55 | $15,054 | | |
| | 7/31/2007 | 500 | $26.78 | $13,390 | | |
| | 7/31/2007 | 500 | $26.53 | $13,265 | | |
| | 7/31/2007 | 400 | $26.77 | $10,708 | | |
| | 7/31/2007 | 400 | $26.76 | $10,704 | | |
| | 7/31/2007 | 400 | $26.71 | $10,684 | | |
| | 7/31/2007 | 400 | $26.57 | $10,628 | | |
| | 7/31/2007 | 300 | $26.70 | $8,010 | | |
| | 7/31/2007 | 300 | $26.60 | $7,980 | | |
| | 7/31/2007 | 200 | $26.86 | $5,372 | | |
| | 7/31/2007 | 200 | $26.85 | $5,370 | | |
| | 7/31/2007 | 200 | $26.80 | $5,360 | | |
| | 7/31/2007 | 200 | $26.81 | $5,362 | | |
| | 7/31/2007 | 200 | $26.59 | $5,318 | | |
| | 7/31/2007 | 100 | $26.84 | $2,684 | | |
| | 7/31/2007 | 100 | $26.74 | $2,674 | | |
| | 7/31/2007 | 100 | $26.72 | $2,672 | | |
| | 8/2/2007 | 900 | $26.20 | $23,580 | | |
| | 8/2/2007 | 500 | $26.21 | $13,105 | | |
| | 8/2/2007 | 500 | $26.22 | $13,110 | | |
| | 8/2/2007 | 400 | $26.29 | $10,516 | | |
| | 8/2/2007 | 300 | $26.25 | $7,875 | | |
| | 8/2/2007 | 300 | $26.19 | $7,857 | | |
| | 8/2/2007 | 236 | $26.37 | $6,223 | | |
| | 8/2/2007 | 200 | $26.24 | $5,248 | | |
| | 8/2/2007 | 200 | $26.23 | $5,246 | | |
| | 8/2/2007 | 200 | $26.17 | $5,234 | | |
| | 8/2/2007 | 100 | $26.31 | $2,631 | | |
| | 8/2/2007 | 100 | $26.27 | $2,627 | | |
| | | **48,398** | | **$1,015,173** | **98.85%** | **34.13%** |
| **LEN HEDGE** | 4/30/2007 | 3,042 | $23.00 | $69,966 | | |
| VP, Operations | 4/30/2007 | 1,485 | $23.28 | $34,571 | | |
| | 4/30/2007 | 950 | $23.29 | $22,126 | | |

| Date | Shares | Price | Total |
|---|---:|---:|---:|
| 4/30/2007 | 745 | $23.25 | $17,321 |
| 4/30/2007 | 521 | $23.27 | $12,124 |
| 4/30/2007 | 475 | $23.26 | $11,049 |
| 4/30/2007 | 400 | $23.22 | $9,288 |
| 4/30/2007 | 382 | $23.23 | $8,874 |
| 4/30/2007 | 317 | $23.20 | $7,354 |
| 4/30/2007 | 251 | $23.13 | $5,806 |
| 4/30/2007 | 195 | $23.19 | $4,522 |
| 4/30/2007 | 186 | $23.31 | $4,336 |
| 4/30/2007 | 186 | $23.32 | $4,338 |
| 4/30/2007 | 185 | $23.14 | $4,281 |
| 4/30/2007 | 168 | $23.34 | $3,921 |
| 4/30/2007 | 158 | $23.10 | $3,650 |
| 4/30/2007 | 149 | $23.30 | $3,472 |
| 4/30/2007 | 140 | $23.15 | $3,241 |
| 4/30/2007 | 140 | $23.11 | $3,235 |
| 4/30/2007 | 130 | $23.21 | $3,017 |
| 4/30/2007 | 130 | $23.18 | $3,013 |
| 4/30/2007 | 130 | $23.05 | $2,997 |
| 4/30/2007 | 130 | $23.01 | $2,991 |
| 4/30/2007 | 112 | $23.24 | $2,603 |
| 4/30/2007 | 112 | $23.08 | $2,585 |
| 4/30/2007 | 102 | $23.03 | $2,349 |
| 4/30/2007 | 93 | $23.33 | $2,170 |
| 4/30/2007 | 93 | $23.06 | $2,145 |
| 4/30/2007 | 85 | $23.12 | $1,965 |
| 4/30/2007 | 84 | $23.16 | $1,945 |
| 4/30/2007 | 84 | $23.02 | $1,934 |
| 4/30/2007 | 56 | $23.07 | $1,292 |
| 4/30/2007 | 47 | $23.35 | $1,097 |
| 4/30/2007 | 28 | $23.17 | $649 |
| 4/30/2007 | 9 | $23.04 | $207 |
| 5/1/2007 | 1,504 | $23.00 | $34,592 |
| 5/1/2007 | 893 | $23.04 | $20,575 |
| 5/1/2007 | 654 | $23.50 | $15,369 |
| 5/1/2007 | 479 | $23.46 | $11,237 |
| 5/1/2007 | 466 | $23.77 | $11,077 |
| 5/1/2007 | 380 | $23.45 | $8,911 |
| 5/1/2007 | 281 | $23.76 | $6,677 |
| 5/1/2007 | 248 | $23.36 | $5,793 |
| 5/1/2007 | 231 | $23.38 | $5,401 |
| 5/1/2007 | 222 | $23.51 | $5,219 |
| 5/1/2007 | 215 | $23.70 | $5,096 |
| 5/1/2007 | 208 | $23.55 | $4,898 |
| 5/1/2007 | 198 | $23.75 | $4,703 |
| 5/1/2007 | 182 | $23.58 | $4,292 |
| 5/1/2007 | 165 | $23.43 | $3,866 |
| 5/1/2007 | 149 | $23.52 | $3,504 |
| 5/1/2007 | 149 | $23.05 | $3,434 |
| 5/1/2007 | 132 | $23.68 | $3,126 |
| 5/1/2007 | 132 | $23.49 | $3,101 |
| 5/1/2007 | 132 | $23.44 | $3,094 |
| 5/1/2007 | 126 | $23.54 | $2,966 |
| 5/1/2007 | 99 | $23.69 | $2,345 |
| 5/1/2007 | 99 | $23.42 | $2,319 |
| 5/1/2007 | 83 | $23.74 | $1,970 |
| 5/1/2007 | 83 | $23.48 | $1,949 |
| 5/1/2007 | 83 | $23.37 | $1,940 |
| 5/1/2007 | 83 | $23.27 | $1,931 |
| 5/1/2007 | 83 | $23.02 | $1,911 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5/1/2007 | 66 | $23.63 | $1,560 | | |
| | 5/1/2007 | 66 | $23.41 | $1,545 | | |
| | 5/1/2007 | 66 | $23.39 | $1,544 | | |
| | 5/1/2007 | 66 | $23.28 | $1,536 | | |
| | 5/1/2007 | 50 | $23.40 | $1,170 | | |
| | 5/1/2007 | 50 | $23.36 | $1,168 | | |
| | 5/1/2007 | 50 | $23.34 | $1,167 | | |
| | 5/1/2007 | 50 | $23.10 | $1,155 | | |
| | 5/1/2007 | 33 | $23.31 | $769 | | |
| | 5/1/2007 | 29 | $23.53 | $682 | | |
| | 5/1/2007 | 17 | $23.71 | $403 | | |
| | 5/1/2007 | 17 | $23.62 | $402 | | |
| | 5/1/2007 | 17 | $23.56 | $401 | | |
| | 5/1/2007 | 17 | $23.47 | $399 | | |
| | 5/1/2007 | 17 | $23.29 | $396 | | |
| | 5/1/2007 | 17 | $23.01 | $391 | | |
| | 5/3/2007 | 3,855 | $24.03 | $92,636 | | |
| | 5/3/2007 | 3,409 | $24.00 | $81,816 | | |
| | 5/3/2007 | 800 | $24.04 | $19,232 | | |
| | 5/3/2007 | 541 | $24.06 | $13,016 | | |
| | 5/3/2007 | 500 | $24.01 | $12,005 | | |
| | 5/3/2007 | 495 | $24.07 | $11,915 | | |
| | 5/3/2007 | 200 | $24.05 | $4,810 | | |
| | 5/3/2007 | 200 | $24.02 | $4,804 | | |
| | 8/9/2007 | 5,100 | $28.28 | $144,228 | | |
| | 8/9/2007 | 5,000 | $28.25 | $141,250 | | |
| | 8/9/2007 | 3,700 | $28.27 | $104,599 | | |
| | 8/9/2007 | 3,000 | $28.26 | $84,780 | | |
| | 8/9/2007 | 1,800 | $28.29 | $50,922 | | |
| | 8/9/2007 | 500 | $28.16 | $14,080 | | |
| | 8/9/2007 | 500 | $28.15 | $14,075 | | |
| | 8/9/2007 | 400 | $28.17 | $11,268 | | |
| | | **49,887** | | **$1,267,851** | **52.09%** | **10.54%** |
| **MICHAEL HENRY** | 2/1/2007 | 9,000 | $16.50 | $148,500 | | |
| VP, Information | 2/1/2007 | 1,378 | $16.63 | $22,916 | | |
| Technology and Chief | 2/1/2007 | 1,000 | $16.51 | $16,510 | | |
| Information Officer | 2/1/2007 | 900 | $16.62 | $14,958 | | |
| | 2/1/2007 | 200 | $16.60 | $3,320 | | |
| | 2/1/2007 | 22 | $16.61 | $365 | | |
| | 2/6/2007 | 3,600 | $16.55 | $59,580 | | |
| | 2/6/2007 | 500 | $16.56 | $8,280 | | |
| | 2/6/2007 | 300 | $16.57 | $4,971 | | |
| | 2/6/2007 | 300 | $16.58 | $4,974 | | |
| | 2/6/2007 | 200 | $16.59 | $3,318 | | |
| | 2/6/2007 | 100 | $16.61 | $1,661 | | |
| | 2/7/2007 | 1,100 | $16.56 | $18,216 | | |
| | 2/7/2007 | 800 | $16.55 | $13,240 | | |
| | 2/8/2007 | 2,300 | $16.60 | $38,180 | | |
| | 2/8/2007 | 1,200 | $16.61 | $19,932 | | |
| | 2/8/2007 | 500 | $16.64 | $8,320 | | |
| | 2/8/2007 | 500 | $16.63 | $8,315 | | |
| | 2/8/2007 | 400 | $16.65 | $6,660 | | |
| | 2/8/2007 | 100 | $16.62 | $1,662 | | |
| | 2/12/2007 | 2,100 | $16.75 | $35,175 | | |
| | 2/12/2007 | 1,000 | $16.68 | $16,680 | | |
| | 2/12/2007 | 700 | $16.66 | $11,662 | | |
| | 2/12/2007 | 500 | $16.76 | $8,380 | | |
| | 2/12/2007 | 400 | $16.65 | $6,660 | | |
| | 2/12/2007 | 300 | $16.70 | $5,010 | | |

| | | | | | |
|---|---|---|---|---|---|
| | 2/12/2007 | 200 | $16.71 | $3,342 | |
| | 2/12/2007 | 200 | $16.72 | $3,344 | |
| | 2/12/2007 | 200 | $16.67 | $3,334 | |
| | 4/30/2007 | 6,622 | $23.00 | $152,306 | |
| | 4/30/2007 | 284 | $23.05 | $6,546 | |
| | 4/30/2007 | 284 | $23.01 | $6,535 | |
| | 4/30/2007 | 223 | $23.03 | $5,136 | |
| | 4/30/2007 | 182 | $23.02 | $4,190 | |
| | 4/30/2007 | 20 | $23.04 | $461 | |
| | 5/1/2007 | 2,649 | $23.00 | $60,927 | |
| | 5/1/2007 | 1,572 | $23.04 | $36,219 | |
| | 5/1/2007 | 1,152 | $23.50 | $27,072 | |
| | 5/1/2007 | 844 | $23.46 | $19,800 | |
| | 5/1/2007 | 821 | $23.77 | $19,515 | |
| | 5/1/2007 | 670 | $23.45 | $15,712 | |
| | 5/1/2007 | 495 | $23.76 | $11,761 | |
| | 5/1/2007 | 437 | $23.35 | $10,204 | |
| | 5/1/2007 | 408 | $23.38 | $9,539 | |
| | 5/1/2007 | 391 | $23.51 | $9,192 | |
| | 5/1/2007 | 378 | $23.70 | $8,959 | |
| | 5/1/2007 | 367 | $23.55 | $8,643 | |
| | 5/1/2007 | 349 | $23.75 | $8,289 | |
| | 5/1/2007 | 320 | $23.58 | $7,546 | |
| | 5/1/2007 | 291 | $23.43 | $6,818 | |
| | 5/1/2007 | 262 | $23.52 | $6,162 | |
| | 5/1/2007 | 262 | $23.05 | $6,039 | |
| | 5/1/2007 | 233 | $23.68 | $5,517 | |
| | 5/1/2007 | 233 | $23.49 | $5,473 | |
| | 5/1/2007 | 233 | $23.44 | $5,462 | |
| | 5/1/2007 | 222 | $23.54 | $5,226 | |
| | 5/1/2007 | 204 | $23.03 | $4,698 | |
| | 5/1/2007 | 175 | $23.69 | $4,146 | |
| | 5/1/2007 | 175 | $23.42 | $4,099 | |
| | 5/1/2007 | 146 | $23.74 | $3,466 | |
| | 5/1/2007 | 146 | $23.48 | $3,428 | |
| | 5/1/2007 | 146 | $23.37 | $3,412 | |
| | 5/1/2007 | 146 | $23.27 | $3,397 | |
| | 5/1/2007 | 146 | $23.02 | $3,361 | |
| | 5/1/2007 | 116 | $23.63 | $2,741 | |
| | 5/1/2007 | 116 | $23.41 | $2,716 | |
| | 5/1/2007 | 116 | $23.39 | $2,713 | |
| | 5/1/2007 | 116 | $23.28 | $2,700 | |
| | 5/1/2007 | 87 | $23.40 | $2,036 | |
| | 5/1/2007 | 87 | $23.36 | $2,032 | |
| | 5/1/2007 | 87 | $23.34 | $2,031 | |
| | 5/1/2007 | 87 | $23.10 | $2,010 | |
| | 5/1/2007 | 58 | $23.31 | $1,352 | |
| | 5/1/2007 | 52 | $23.53 | $1,224 | |
| | 5/1/2007 | 29 | $23.71 | $688 | |
| | 5/1/2007 | 29 | $23.56 | $683 | |
| | 5/1/2007 | 29 | $23.62 | $685 | |
| | 5/1/2007 | 29 | $23.47 | $681 | |
| | 5/1/2007 | 29 | $23.29 | $675 | |
| | 5/1/2007 | 29 | $23.01 | $667 | |
| | | **52,584** | | **$1,022,354** | **100.00%** | **51.42%** |
| **GIL LAKS** | 2/26/2007 | 8,215 | $17.00 | $139,655 | |
| VP, International | 2/26/2007 | 5,936 | $17.11 | $101,565 | |
| | 2/26/2007 | 5,800 | $17.12 | $99,296 | |
| | 2/26/2007 | 3,600 | $17.07 | $61,452 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2/26/2007 | 1,044 | $17.05 | $17,800 | | |
| | 2/26/2007 | 600 | $17.02 | $10,212 | | |
| | 2/26/2007 | 503 | $17.16 | $8,631 | | |
| | 2/26/2007 | 500 | $17.14 | $8,570 | | |
| | 2/26/2007 | 300 | $17.09 | $5,127 | | |
| | 2/26/2007 | 300 | $17.10 | $5,130 | | |
| | 2/26/2007 | 300 | $17.08 | $5,124 | | |
| | 2/26/2007 | 250 | $17.06 | $4,265 | | |
| | 2/26/2007 | 100 | $17.01 | $1,701 | | |
| | 2/26/2007 | 50 | $17.03 | $852 | | |
| | 4/30/2007 | 6,900 | $22.90 | $158,010 | | |
| | 4/30/2007 | 4,889 | $23.00 | $112,447 | | |
| | 4/30/2007 | 3,000 | $22.95 | $68,850 | | |
| | 4/30/2007 | 2,389 | $23.28 | $55,616 | | |
| | 4/30/2007 | 1,528 | $23.29 | $35,587 | | |
| | 4/30/2007 | 1,400 | $22.94 | $32,116 | | |
| | 4/30/2007 | 1,198 | $23.25 | $27,854 | | |
| | 4/30/2007 | 838 | $23.27 | $19,500 | | |
| | 4/30/2007 | 764 | $23.26 | $17,771 | | |
| | 4/30/2007 | 700 | $22.91 | $16,037 | | |
| | 4/30/2007 | 644 | $23.22 | $14,954 | | |
| | 4/30/2007 | 614 | $23.23 | $14,263 | | |
| | 4/30/2007 | 509 | $23.20 | $11,809 | | |
| | 4/30/2007 | 500 | $22.96 | $11,480 | | |
| | 4/30/2007 | 404 | $23.13 | $9,345 | | |
| | 4/30/2007 | 400 | $22.92 | $9,168 | | |
| | 4/30/2007 | 314 | $23.19 | $7,282 | | |
| | 4/30/2007 | 300 | $23.31 | $6,993 | | |
| | 4/30/2007 | 300 | $23.32 | $6,996 | | |
| | 4/30/2007 | 297 | $23.14 | $6,873 | | |
| | 4/30/2007 | 270 | $23.34 | $6,302 | | |
| | 4/30/2007 | 255 | $23.10 | $5,891 | | |
| | 4/30/2007 | 240 | $23.30 | $5,592 | | |
| | 4/30/2007 | 225 | $23.15 | $5,209 | | |
| | 4/30/2007 | 225 | $23.11 | $5,200 | | |
| | 4/30/2007 | 210 | $23.21 | $4,874 | | |
| | 4/30/2007 | 210 | $23.18 | $4,868 | | |
| | 4/30/2007 | 210 | $23.05 | $4,841 | | |
| | 4/30/2007 | 210 | $23.01 | $4,832 | | |
| | 4/30/2007 | 180 | $23.24 | $4,183 | | |
| | 4/30/2007 | 180 | $23.08 | $4,154 | | |
| | 4/30/2007 | 165 | $23.03 | $3,800 | | |
| | 4/30/2007 | 150 | $23.33 | $3,500 | | |
| | 4/30/2007 | 150 | $23.06 | $3,459 | | |
| | 4/30/2007 | 137 | $23.12 | $3,167 | | |
| | 4/30/2007 | 135 | $23.16 | $3,127 | | |
| | 4/30/2007 | 135 | $23.02 | $3,108 | | |
| | 4/30/2007 | 100 | $22.93 | $2,293 | | |
| | 4/30/2007 | 90 | $23.07 | $2,076 | | |
| | 4/30/2007 | 75 | $23.35 | $1,751 | | |
| | 4/30/2007 | 45 | $23.17 | $1,043 | | |
| | 4/30/2007 | 15 | $23.04 | $346 | | |
| | | **58,998** | | **$1,195,943** | **97.23%** | **63.10%** |
| **THOMAS PRESCOTT** | 4/30/2007 | 37,500 | $23.10 | $866,250 | | |
| President and CEO | 4/30/2007 | 33,500 | $23.30 | $780,550 | | |
| | 4/30/2007 | 25,000 | $22.92 | $573,000 | | |
| | 4/30/2007 | 21,500 | $23.28 | $500,520 | | |
| | 4/30/2007 | 15,000 | $23.20 | $348,000 | | |
| | 4/30/2007 | 12,500 | $23.05 | $288,125 | | |

| Date | Shares | Price | Total |
|---|---|---|---|
| 4/30/2007 | 12,500 | $22.92 | $286,500 |
| 4/30/2007 | 12,500 | $22.90 | $286,250 |
| 4/30/2007 | 12,500 | $22.95 | $286,875 |
| 4/30/2007 | 12,500 | $22.97 | $287,125 |
| 4/30/2007 | 5,000 | $23.29 | $116,450 |
| 7/27/2007 | 8,900 | $27.40 | $243,860 |
| 7/27/2007 | 8,699 | $27.45 | $238,788 |
| 7/27/2007 | 7,500 | $27.00 | $202,500 |
| 7/27/2007 | 7,000 | $27.41 | $191,870 |
| 7/27/2007 | 6,301 | $27.50 | $173,278 |
| 7/27/2007 | 5,500 | $27.08 | $148,940 |
| 7/27/2007 | 5,500 | $27.45 | $150,975 |
| 7/27/2007 | 5,000 | $27.42 | $137,100 |
| 7/27/2007 | 4,800 | $27.22 | $130,656 |
| 7/27/2007 | 4,300 | $27.02 | $116,186 |
| 7/27/2007 | 4,300 | $27.43 | $117,949 |
| 7/27/2007 | 3,800 | $27.48 | $104,424 |
| 7/27/2007 | 3,500 | $27.62 | $96,670 |
| 7/27/2007 | 3,500 | $27.65 | $96,775 |
| 7/27/2007 | 3,400 | $27.44 | $93,296 |
| 7/27/2007 | 3,200 | $27.20 | $87,040 |
| 7/27/2007 | 3,100 | $27.77 | $86,087 |
| 7/27/2007 | 2,500 | $27.29 | $68,225 |
| 7/27/2007 | 2,500 | $27.80 | $69,500 |
| 7/27/2007 | 2,300 | $27.13 | $62,399 |
| 7/27/2007 | 2,300 | $27.18 | $62,514 |
| 7/27/2007 | 2,100 | $27.03 | $56,763 |
| 7/27/2007 | 2,100 | $27.15 | $57,015 |
| 7/27/2007 | 2,100 | $27.70 | $58,170 |
| 7/27/2007 | 2,000 | $27.05 | $54,100 |
| 7/27/2007 | 2,000 | $27.37 | $54,740 |
| 7/27/2007 | 2,000 | $27.77 | $55,540 |
| 7/27/2007 | 2,000 | $27.79 | $55,580 |
| 7/27/2007 | 2,000 | $27.81 | $55,620 |
| 7/27/2007 | 1,400 | $27.39 | $38,346 |
| 7/27/2007 | 1,200 | $27.23 | $32,676 |
| 7/27/2007 | 1,100 | $27.45 | $30,195 |
| 7/27/2007 | 1,000 | $27.06 | $27,060 |
| 7/27/2007 | 1,000 | $27.10 | $27,100 |
| 7/27/2007 | 1,000 | $27.12 | $27,120 |
| 7/27/2007 | 1,000 | $27.16 | $27,160 |
| 7/27/2007 | 1,000 | $27.19 | $27,190 |
| 7/27/2007 | 1,000 | $27.31 | $27,310 |
| 7/27/2007 | 1,000 | $27.33 | $27,330 |
| 7/27/2007 | 1,000 | $27.87 | $27,870 |
| 7/27/2007 | 800 | $27.17 | $21,736 |
| 7/27/2007 | 800 | $27.19 | $21,752 |
| 7/27/2007 | 800 | $27.24 | $21,792 |
| 7/27/2007 | 700 | $27.01 | $18,907 |
| 7/27/2007 | 700 | $27.20 | $19,040 |
| 7/27/2007 | 700 | $27.49 | $19,243 |
| 7/27/2007 | 600 | $27.20 | $16,320 |
| 7/27/2007 | 600 | $27.44 | $16,464 |
| 7/27/2007 | 500 | $27.04 | $13,520 |
| 7/27/2007 | 500 | $27.07 | $13,535 |
| 7/27/2007 | 500 | $27.14 | $13,570 |
| 7/27/2007 | 500 | $27.33 | $13,665 |
| 7/27/2007 | 500 | $27.37 | $13,685 |
| 7/27/2007 | 500 | $27.39 | $13,695 |
| 7/27/2007 | 500 | $27.43 | $13,715 |

| | | | | | |
|---|---|---|---|---|---|
| | 7/27/2007 | 500 | $27.78 | $13,890 | |
| | 7/27/2007 | 500 | $27.89 | $13,945 | |
| | 7/27/2007 | 400 | $27.18 | $10,872 | |
| | 7/27/2007 | 400 | $27.38 | $10,952 | |
| | 7/27/2007 | 400 | $27.55 | $11,020 | |
| | 7/27/2007 | 400 | $27.61 | $11,044 | |
| | 7/27/2007 | 300 | $27.75 | $8,325 | |
| | 7/27/2007 | 200 | $27.23 | $5,446 | |
| | 7/27/2007 | 100 | $27.60 | $2,760 | |
| | 7/30/2007 | 5,000 | $26.94 | $134,700 | |
| | 7/30/2007 | 5,000 | $26.97 | $134,850 | |
| | 7/31/2007 | 3,000 | $27.18 | $81,540 | |
| | 7/31/2007 | 1,300 | $27.00 | $35,100 | |
| | 7/31/2007 | 1,300 | $27.04 | $35,152 | |
| | 7/31/2007 | 1,000 | $27.02 | $27,020 | |
| | 7/31/2007 | 1,000 | $27.20 | $27,200 | |
| | 7/31/2007 | 500 | $27.11 | $13,555 | |
| | 7/31/2007 | 500 | $27.14 | $13,570 | |
| | 8/6/2007 | 3,500 | $26.75 | $93,625 | |
| | 8/6/2007 | 3,000 | $26.80 | $80,400 | |
| | 8/6/2007 | 2,400 | $26.82 | $64,368 | |
| | 8/6/2007 | 1,700 | $26.78 | $45,526 | |
| | 8/6/2007 | 1,000 | $26.77 | $26,770 | |
| | 8/6/2007 | 1,000 | $26.83 | $26,830 | |
| | 8/6/2007 | 1,000 | $26.90 | $26,900 | |
| | 8/6/2007 | 500 | $26.79 | $13,395 | |
| | 8/6/2007 | 300 | $26.76 | $8,028 | |
| | 8/7/2007 | 2,600 | $27.02 | $70,252 | |
| | 8/7/2007 | 2,516 | $26.90 | $67,680 | |
| | 8/7/2007 | 2,000 | $26.75 | $53,500 | |
| | 8/7/2007 | 2,000 | $26.95 | $53,900 | |
| | 8/7/2007 | 2,000 | $26.99 | $53,980 | |
| | 8/7/2007 | 1,984 | $26.84 | $53,251 | |
| | 8/7/2007 | 1,700 | $27.00 | $45,900 | |
| | 8/7/2007 | 1,500 | $26.85 | $40,275 | |
| | 8/7/2007 | 1,500 | $27.10 | $40,650 | |
| | 8/7/2007 | 1,000 | $26.80 | $26,800 | |
| | 8/7/2007 | 1,000 | $26.83 | $26,830 | |
| | 8/7/2007 | 1,000 | $26.88 | $26,880 | |
| | 8/7/2007 | 1,000 | $26.89 | $26,890 | |
| | 8/7/2007 | 1,000 | $26.92 | $26,920 | |
| | 8/7/2007 | 1,000 | $26.94 | $26,940 | |
| | 8/7/2007 | 1,000 | $27.06 | $27,060 | |
| | 8/7/2007 | 1,000 | $27.12 | $27,120 | |
| | 8/7/2007 | 700 | $27.01 | $18,907 | |
| | 8/7/2007 | 500 | $26.77 | $13,385 | |
| | 8/7/2007 | 500 | $26.81 | $13,405 | |
| | 8/7/2007 | 500 | $26.82 | $13,410 | |
| | 8/7/2007 | 500 | $26.87 | $13,435 | |
| | 8/7/2007 | 500 | $27.14 | $13,570 | |
| | | **400,300** | | **$10,073,923** | **76.33%** | **28.65%** |
| **DARRELL ZOROMSKI** | 2/1/2007 | 38,298 | $16.25 | $622,343 | |
| VP, Global Marketing | 2/1/2007 | 4,992 | $16.27 | $81,220 | |
| and Chief Marketing | 2/1/2007 | 904 | $16.26 | $14,699 | |
| Officer | 5/21/2007 | 15,000 | $23.00 | $345,000 | |
| | 8/9/2007 | 3,090 | $27.61 | $85,315 | |
| | 8/9/2007 | 3,039 | $27.50 | $83,573 | |
| | 8/9/2007 | 2,217 | $27.51 | $60,990 | |
| | 8/9/2007 | 1,900 | $27.54 | $52,326 | |

| Date | Shares | Price | Value | | |
|---|---:|---:|---:|---:|---:|
| 8/9/2007 | 1,600 | $27.60 | $44,160 | | |
| 8/9/2007 | 1,600 | $27.52 | $44,032 | | |
| 8/9/2007 | 1,510 | $27.62 | $41,706 | | |
| 8/9/2007 | 1,400 | $27.63 | $38,682 | | |
| 8/9/2007 | 1,100 | $27.55 | $30,305 | | |
| 8/9/2007 | 1,000 | $27.58 | $27,580 | | |
| 8/9/2007 | 661 | $27.56 | $18,217 | | |
| 8/9/2007 | 583 | $27.53 | $16,050 | | |
| 8/9/2007 | 200 | $27.57 | $5,514 | | |
| 8/9/2007 | 100 | $27.65 | $2,765 | | |
| | 79,194 | | $1,614,476 | | |
| | **948,157** | | **$22,802,081** | **100.00%** | **56.92%** |