1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | WILLOW E. RADCLIFFE (200087)
    SARAH R. HOLLOWAY (254134)
3 | Post Montgomery Center
    One Montgomery Street, Suite 1800
4 | San Francisco, CA  94104
    Telephone:  415/288-4545
5 | 415/288-4534 (fax)
    willowr@rgrdlaw.com
6 | sholloway@rgrdlaw.com

7 | Lead Counsel for Plaintiff

8 | [Additional counsel appear on signature page.]

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WOZNIAK, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 3:09-cv-03671-MMC |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) ) | STIPULATION AND [<s>PROPOSED</s>] ORDER EXTENDING LEAD PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' |
| ALIGN TECHNOLOGY, INC., et al., ) ) | MOTION TO DISMISS SECOND AMENDED COMPLAINT; |
| Defendants. ) ) | SCHEDULING CASE MANAGEMENT CONFERENCE |

657230_1

1  WHEREAS, on August 11, 2009, plaintiff Charles Wozniak filed a complaint against defendants Align Technology, Inc. and Thomas M. Prescott (collectively, the "Defendants");

3  WHEREAS, on November 13, 2009, Plumbers and Pipefitters National Pension Fund was appointed as lead plaintiff;

5  WHEREAS, on January 29, 2010, lead plaintiff filed an Amended Complaint for Violations of Federal Securities Laws (the "Amended Complaint") against Defendants;

7  WHEREAS, on March 26, 2010, Defendants moved to dismiss the Amended Complaint;

8  WHEREAS, on May 21, 2010, lead plaintiff opposed Defendants' motion to dismiss;

9  WHEREAS, on June 21, 2010, Defendants filed a reply brief in support of their motion to dismiss;

11 WHEREAS, on July 7, 2010, the Court took Defendants' motion to dismiss under submission;

13 WHEREAS, on June 8, 2011, the Court entered an Order granting Defendants' motion to dismiss with leave to amend and setting the filing deadline for the Second Amended Complaint, if any, to July 22, 2011;

16 WHEREAS, on July 22, 2011, lead plaintiff filed a Second Amended Complaint for Violations of Federal Securities Laws (the "SAC") against Defendants;

18 WHEREAS, on July 27, 2011, the Court entered an Order on briefing schedule setting Defendants' time to respond to the SAC to September 7, 2011; lead plaintiff's opposition to any motion to dismiss on or before October 21, 2011; and Defendants' reply thereto to November 21, 2011;

22 WHEREAS, on September 7, 2011, Defendants filed a motion to dismiss the SAC and noticed a hearing on said motion for December 9, 2011; and

24 WHEREAS, due to scheduling conflicts, lead plaintiff requests an extension from October 21, 2011 to November 9, 2011 to file its opposition brief, and Defendants do not oppose said request. The parties also agree, subject to the Court's approval, to reschedule the hearing on Defendants' motion to dismiss the SAC from December 9, 2011 to January 13, 2012, or a date thereafter convenient to the Court.

657230_1  STIPULATION & [PROPOSED] ORDER EXTENDING LEAD PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT - 3:09-cv-03671-MMC - 1 -

1  NOW, THEREFORE, with good cause showing, the parties, by and through their
2 undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

3  1.  Lead plaintiff's opposition to Defendants' motion to dismiss the SAC shall be filed
4 on or before November 9, 2011;

5  2.  Defendants' reply brief shall be filed on or before December 21, 2011; and

6  3.  The hearing on Defendants' motion to dismiss the SAC shall be moved from
7 December 9, 2011 to January 13, 2012 at 9:00 a.m.

8  The parties respectfully request that the Court enter an Order approving this Stipulation.

9  IT IS SO STIPULATED.

10 DATED: October 11, 2011    ROBBINS GELLER RUDMAN
                                & DOWD LLP
11                              WILLOW E. RADCLIFFE
                                SARAH R. HOLLOWAY

                                _____/s/ Willow E. Radcliffe_____
                                    WILLOW E. RADCLIFFE

                                Post Montgomery Center
                                One Montgomery Street, Suite 1800
                                San Francisco, CA  94104
                                Telephone:  415/288-4545
                                415/288-4534 (fax)

                                Lead Counsel for Plaintiff

                                O'DONOGHUE & O'DONOGHUE LLP
                                LOUIS P. MALONE
                                4748 Wisconsin Avenue, N.W.
                                Washington, DC  20016
                                Telephone:  202/362-0041
                                202/362-2640 (fax)

                                Additional Counsel for Plaintiff

DATED: October 11, 2011    WILSON SONSINI
                                 GOODRICH & ROSATI, P.C.
                                KATHERINE L. HENDERSON

                                _____/s/ Katherine L. Henderson_____
                                    KATHERINE L. HENDERSON

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Lead Plaintiff's Time to Respond to Defendants' Motion to Dismiss Second Amended Complaint. In compliance with General Order No. 45, X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
FURTHER, a Case Management Conference is hereby SCHEDULED for April 13, 2012; a Joint Case Management Statement shall be filed no later than April 6, 2012.

DATED: October 14, 2011

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE