1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

CHARLES WOZNIAK, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

  v.

ALIGN TECHNOLOGY, INC., et al.,

       Defendants.

————————————————————————/

No. C 09-3671 MMC

**ORDER VACATING JANUARY 13, 2012
HEARING ON DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT**

17
18
19
20
21
22
23
24

     Before the Court is defendants Align Technology, Inc. ("Align") and Thomas
Prescott's motion, filed on September 7, 2011, to dismiss plaintiff's Second Amended
Complaint.  Lead plaintiff Plumbers and Pipefitters National Pension Fund, individually and
on behalf of all others similarly situated, has filed opposition, to which defendants have
replied.  Having read and considered the papers filed in support of and in opposition to the
motion, the Court deems the matter suitable for decision thereon, and VACATES the
hearing scheduled for January 13, 2012.

     **IT IS SO ORDERED.**

25
26
27
28

Dated: January 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge

*United States District Court*

*For the Northern District of California*