1 | ROBBINS GELLER RUDMAN
　  | & DOWD LLP
2 | WILLOW E. RADCLIFFE (200087)
　  | SARAH R. HOLLOWAY (254134)
3 | Post Montgomery Center
　  | One Montgomery Street, Suite 1800
4 | San Francisco, CA  94104
　  | Telephone:  415/288-4545
5 | 415/288-4534 (fax)
　  | willowr@rgrdlaw.com
6 | sholloway@rgrdlaw.com

7 | Lead Counsel for Plaintiff

8 | [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHARLES WOZNIAK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:09-cv-03671-MMC |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING LEAD PLAINTIFF'S TIME TO FILE THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE |
| ALIGN TECHNOLOGY, INC., et al., | ) ) | |
| Defendants. | ) ) | |

685856_1

1  WHEREAS, on August 11, 2009, plaintiff Charles Wozniak filed a complaint against
2  defendants Align Technology, Inc. and Thomas M. Prescott (collectively, the "Defendants");
3  WHEREAS, on November 13, 2009, Plumbers and Pipefitters National Pension Fund was
4  appointed as lead plaintiff;
5  WHEREAS, on January 29, 2010, lead plaintiff filed an Amended Complaint for Violations
6  of Federal Securities Laws (the "Amended Complaint") against Defendants;
7  WHEREAS, on March 26, 2010, Defendants moved to dismiss the Amended Complaint;
8  WHEREAS, on May 21, 2010, lead plaintiff opposed Defendants' motion to dismiss;
9  WHEREAS, on June 21, 2010, Defendants filed a reply brief in support of their motion to
10 dismiss;
11 WHEREAS, on July 7, 2010, the Court took Defendants' motion to dismiss under submission;
12 WHEREAS, on June 8, 2011, the Court entered an Order granting Defendants' motion to
13 dismiss with leave to amend and setting the filing deadline for the Second Amended Complaint for
14 July 22, 2011;
15 WHEREAS, on July 22, 2011, lead plaintiff filed a Second Amended Complaint against
16 Defendants;
17 WHEREAS, on July 27, 2011, the Court entered an Order extending Defendants' time to
18 respond to the Second Amended Complaint to September 7, 2011; lead plaintiff's opposition to any
19 motion to dismiss to October 21, 2011; and Defendants' reply thereto to November 21, 2011;
20 WHEREAS, on September 7, 2011, Defendants filed a motion to dismiss the Second
21 Amended Complaint;
22 WHEREAS, on October 14, 2011, the Court entered an Order extending lead plaintiff's time
23 to oppose Defendants' motion to dismiss the Second Amended Complaint to November 9, 2011 and
24 Defendants' reply brief to December 21, 2011;
25 WHEREAS, on November 9, 2011, lead plaintiff opposed Defendants' motion to dismiss the
26 Second Amended Complaint;
27 WHEREAS, on December 21, 2011, Defendants filed a reply brief in support of their motion
28 to dismiss the Second Amended Complaint;

1  WHEREAS, on February 3, 2012, the Court entered an Order granting Defendants' motion to dismiss the Second Amended Complaint with leave to amend, setting the filing deadline for the Third Amended Complaint for March 2, 2012 and continuing the Case Management Conference from April 13, 2012 to July 20, 2012; and

WHEREAS, due to scheduling conflicts, lead plaintiff requests an extension from March 2, 2012 to March 15, 2012 to file the Third Amended Complaint, and Defendants do not oppose this request.  The parties also agree, subject to the Court's approval, to the following briefing schedule for Defendants' motion to dismiss the Third Amended Complaint:  Defendants' motion to dismiss shall be filed on or before May 1, 2012; lead plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before June 15, 2012; and Defendants' reply shall be filed on or before July 9, 2012.

NOW, THEREFORE, with good cause showing, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Lead plaintiff's Third Amended Complaint shall be filed on or before March 15, 2012;

2. Defendants' motion to dismiss the Third Amended Complaint shall be filed on or before May 1, 2012;

3. Lead plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before June 15, 2012;

4. Defendants' reply brief shall be filed on or before July 9, 2012; and

5. The Case Management Conference currently scheduled for July 20, 2012 shall be continued until after the motion to dismiss has been heard on a date that is convenient to the Court.

The parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  February 15, 2012 | ROBBINS GELLER RUDMAN |
| 2 | |   & DOWD LLP |
| | | WILLOW E. RADCLIFFE |
| 3 | | SARAH R. HOLLOWAY |

                                                /s/ Sarah R. Holloway
                                                SARAH R. HOLLOWAY

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiff

DATED:  February 15, 2012          WILSON SONSINI GOODRICH & ROSATI, P.C.
KATHERINE L. HENDERSON

                                                /s/ Katherine L. Herderson
                                                KATHERINE L. HENDERSON

650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Align Technology, Inc. and Thomas M. Prescott

685856_1

STIPULATION AND [PROPOSED] ORDER EXTENDING LEAD PLAINTIFF'S TIME TO FILE
THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE - 3:09-cv-03671-MMC    - 3 -

1  I, Sarah R. Holloway, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Lead Plaintiff's Time to File Third Amended Complaint and Setting Briefing Schedule.  In compliance with General Order No. 45, X.B., I hereby attest that Katherine L. Henderson has concurred in this filing.

                                                /s/ Sarah R. Holloway
                                                SARAH R. HOLLOWAY

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference, currently scheduled for July 20, 2012, is hereby CONTINUED to October 26, 2012.

DATED: February 16, 2012

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE